UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Cherrity Honesty-Alexis Meranelli,<br><br>Plaintiff,<br><br>v.<br><br>Jesse Ryan Pruette, *Security Counselor assigned to the Special Services Department & Plaintiff's Primary Property Person-MSOP – sued in his official and individual capacity*, Jane Does, John Does,<br><br>Defendants. | Civ. No. 23-2260 (JWB/DJF)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE** |

United States Magistrate Judge Dulce J. Foster issued a Report and Recommendation ("R&R") on August 21, 2024. (Doc. No. 128.) No objections have been filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The August 21, 2024 Report and Recommendation (Doc. No. 128) is **ACCEPTED**;

2. Plaintiff's motion to exclude Plaintiff's deposition transcript, Amanda Hyke's Declaration, and Amanda Hyke's testimony (Doc. No. 107) is **DENIED**; and

3. Defendant's Motion for Summary Judgment (Doc. No. 120) is **DENIED WITHOUT PREJUDICE**.

Date: September 13, 2024                              _s/ Jerry W. Blackwell_
                                                    JERRY W. BLACKWELL
                                                    United States District Judge